**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No. 5:25-cr-44-TPB-PRL**

**FRANK ADRIEL ROMERO LEANDRO**

## ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for entry of an order of forfeiture in the amount of $1,234,360.46, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), which upon entry, shall be a final order of forfeiture as to the defendant.

Being fully advised of the relevant facts, the Court finds the United States has established that the defendant obtained $1,234,360.46 in proceeds as a result of the wire fraud scheme, in violation of 18 U.S.C. § 1343, charged in Count One of the Indictment.

Accordingly, it is hereby:

**ORDERED, ADJUDGED,** and **DECREED** that for good cause shown, the United States motion (Doc. 61) is **GRANTED**.

It is **FURTHER ORDERED** that, the proceeds of the offense were transferred to third parties, and the United States cannot locate the proceeds upon the exercise of due diligence. Accordingly, under 21 U.S.C. § 853(p), the United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's

property up to the $1,234,360.46 order of forfeiture. The court retains jurisdiction to

enter any order necessary to the forfeiture and disposition of any substitute asset.

      **DONE** and **ORDERED** in Chambers in Ocala, Florida, this 28th day of May,

2026.


                                        _____

                                        **TOM BARBER**

                                        **UNITED STATES DISTRICT JUDGE**


Copies to:
Nicole M. Andrejko, AUSA
Counsel of Record

2