# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 5:25-cr-44-TPB-PRL**

**FRANK ADRIEL ROMERO LEANDRO**

| | | | |
|---|---|---|---|
| **JUDGE:** | Thomas P. Barber | **COUNSEL FOR GOVERNMENT:** | Hannah Watson |
| **DEPUTY CLERK:** | Holly Iovino | **COUNSEL FOR DEFENDANT:** | Christine Bird |
| **COURT REPORTER:** | Shelli Kozachendo | **PROBATION:** | Amy Hutto |
| **SCHEDULED DATE/TIME:** | September 17, 2026 3:50 PM | **INTERPRETER:** | Not Required |

## MINUTES ON SENTENCING

Case called; appearances placed on the record.

**SENTENCE IMPOSED as to Count One of the Indictment.**

Count two is DISMISSED in accordance with the Plea Agreement.

**INCARCERATION: 12 Months and 1 Day**

**SUPERVISED RELEASE: 3 Years**

*Special conditions of supervised release:*

Mandatory drug testing requirements are imposed.

Financial Conditions imposed.

Defendant shall cooperate in the collection of DNA.

**FINE** and cost of imprisonment are waived.

**SPECIAL ASSESSMENT** of $100.00 is due immediately.

**FORFEITURE ORDERED** of those assets identified in the Order of Forfeiture entered at Doc. 62.

The defendant is **remanded** to the custody of the United States Marshal.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as directed by the U.S. Marshals.

Defendant advised of right to appeal.

Time in court: 3:36 pm – 4:03 pm; Total time in court: 27 Minutes